RODRÍGUEZ ET AL., APPELLANTS, *v.* REGISTRAR OF SAN JUAN, RESPONDENT.

APPEAL from a Decision of the Registrar of Property Refusing to Record a Deed.

No. 525.—Decided May 16, 1922.

Decided on the grounds of the opinion delivered in the case of *Rodríguez* v. *Registrar of San Juan,* ante, page 460.

*Mr. E. Campillo* for the apppellant.
The respondent appeared by brief.

*Affirmed.*

Chief Justice Del Toro and Justices Wolf, Aldrey, Hutchison and Franco Soto concurred.